IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CR-4-WKW |
| | ) | |
| MELISSA KELLY HOYLE | ) | |

# **ORDER**

On July 24, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 97.) Upon an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 97) is ADOPTED.

(2)   Defendants' pending motions (Docs. # 91, 93, 94, and 96) are DENIED.

DONE this 14th day of August, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE